# Court of Appeals
# of the State of Georgia

ATLANTA,  July 23, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0634. KENNETH BLOUNT v. COLUMBIA COUNTY.**

In 2024, Kenneth Blount entered a plea in probate court to driving under the influence of alcohol and failure to report upon striking a fixed object.[1] He petitioned the superior court for review, which affirmed his conviction on June 9, 2026. Blount then filed an application for discretionary appeal in this Court. Blount is entitled to a direct appeal.

The discretionary appeal procedures generally apply when the appellant is seeking review of a superior court order reviewing a lower court's decision. See OCGA § 5-6-35(a)(1). By its terms, however, OCGA § 5-6-35(a)(1) does not apply when the lower court decision was issued by the probate court. See also *Power v. State*, 231 Ga. App. 335, 336 (499 SE2d 356) (1998) (noting in a direct appeal from a DUI conviction that "an appeal from the superior court appellate review of an appeal from the probate court on a traffic case under OCGA § 40-13-28 comes on direct appeal to the Court of Appeals and not as a discretionary appeal under OCGA § 5-6-35"). Thus, the superior court's order here is directly appealable.

---

[1] Effective May 14, 2025, OCGA § 5-6-35(a)(5.3) requires a discretionary application for a direct appeal from a guilty plea. Because Blount's sentence was entered before the change in the law, and for the reasons discussed herein, this case is subject to direct appeal. See *Clark v. State*, 378 Ga. App. 111, 111 n.1 (924 SE2d 346) (2025).

Accordingly, Blount's application for discretionary appeal is hereby GRANTED pursuant to OCGA § 5-6-35(j). Blount shall have ten days from the date of this order to file his notice of appeal in the superior court. OCGA § 5-6-35(g). The clerk of superior court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__07/23/2026_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*